IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

KENNETH WAYNE DILAS, SR.,          )
                                   )
        Plaintiff,                 )
                                   )
v.                                 )          CASE NO. CV418-116
                                   )
JOSE MORALES, warden,              )
individually and in official       )
capacity; CYNTHIA RIVERS, Chief    )
Counselor, individually and in     )
official capacity; JAMES MILLS,    )
State Board of Pardons and         )
Paroles, individually and in       )
official capacity; and GREGORY     )
DOZIER, Commissioner,              )
individually and in official       )
capacity;                          )
                                   )
        Defendants.                )
_____)

**O R D E R**

Before the Court is the Magistrate Judge's Report and
Recommendation, to which no objections have been filed. (Doc.
8.) After a careful review of the record, the report and
recommendation is **ADOPTED** as the Court's opinion in this case.
As a result, this action is **DISMISSED WITHOUT PREJUDICE**. The
Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this *20th* day of August 2018.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA